UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                      Case No. 10-cr-88-03SM

Brittney Indoccio

O R D E R

The defendant Brittney Indoccio, through counsel, has moved to continue the trial scheduled for October 19, 2010 for a period of 90 days, citing the need for additional time to engage in negotiations with the government, and time to enable the defendant to complete a 90-day drug treatment program. Counsel for the co-defendants and the government do not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from October 19, 2010 to January 19, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the

public and the defendants in a speedy trial. The defendant shall file a waiver of speedy trial not later than October 18, 2010.

      Final Pretrial Conference:      January 7, 2011 at 2:00 PM

      Jury Selection:      January 19, 2011 at 9:30 AM

      SO ORDERED.

October 8, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal